Robert C. McCULLIGAN, Appellant

v.

PENNSYLVANIA STATE POLICE and, Charles Steinmetz, PSP Statetrooper, Individual and Official Capacity and, Michael J. Minanno, PSP State Trooper, Individual and Official Capacity and, Anthony J. Spagnoletti, Montgomery County Detective, Individual and Official Capacity and, Walter Zdunowski, Montgomery County Detective, Individual and Official Capacity and, Erick Echevarria, Montgomery County Detective, Individual and Official Capacity, Appellees.

Supreme Court of Pennsylvania.

April 25, 2016.

### ORDER

PER CURIAM.

AND NOW, this 25th day of April, 2016, the order of the Commonwealth Court is AFFIRMED.

Jane DOES 1–5, and Intervenor, Appellants

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF EDUCATION, and Professional Standards and Practices Commission, Appellees.

Supreme Court of Pennsylvania.

April 25, 2016.

### ORDER

PER CURIAM.

AND NOW, this 25th day of April, 2016, the order of the Commonwealth Court is AFFIRMED.

Richard Ralph FEUDALE, Appellant

v.

AQUA PENNSYLVANIA, INC. and Department of Conservation and Natural Resources of the Commonwealth of PA, Appellees.

Supreme Court of Pennsylvania.

April 25, 2016.

### ORDER

PER CURIAM.

AND NOW, this 25th day of April, 2016, the Order of the Commonwealth Court is AFFIRMED.

